In the Matter of the Application of CYNTHIA D. ROOD to Revoke the Probate of the Will and Codicil of LYMAN SOULE, Deceased.

(Argued March 6, 1891; decided April 14, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made the first Tuesday of June, 1890, which affirmed a decree of the surrogate of Cayuga county denying and dismissing the petition herein.

---

\* *Ante*, p. 147.

*M. M. Waters* for appellant.

*Martin A. Knapp* and *H. V. Howland* for respondent.

Agree to affirm ; no opinion.

All concur.

Judgment affirmed.